MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff Denise Titus and the Putative Class

LEWIS BRISBOIS BISGAARD & SMITH LLP
JOHN L. BARBER (SBN: 160317)
john.barber@lewisbrisbois.com
TRACY WEI COSTANTINO (SBN: 192847)
tracy.costantino@lewisbrisbois.com
KAREN LUH (SBN: 243256)
karen.luh@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Paramount Equity Mortgage, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE TITUS, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>PARAMOUNT EQUITY MORTGAGE, LLC; and DOES 1-100, inclusive,<br><br>　　　Defendants. | Case No.: 2:17-cv-00349-MCE-KJN<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT** |

IT IS HEREBY STIPULATED, by and between the parties hereto through their counsel of record that, Plaintiff Denise Titus shall have leave to file the attached Second Amended Class Action Complaint in place of the operative First Amended Class Action Complaint in the above-captioned matter, and that Defendant Paramount Equity Mortgage, LLC shall have twenty-one (21) days after service of the filed Second Amended Class Action Complaint within which to answer or otherwise plead in response thereto.

DATED: August 10, 2017　　　　　　　MAYALL HURLEY P.C.

By　*/s/ Robert J. Wasserman*
　　ROBERT J. WASSERMAN
　　WILLIAM J. GORHAM III
　　NICHOLAS J. SCARDIGLI
　　VLADIMIR J. KOZINA
　　Attorneys for Plaintiff
　　Denise Titus and the Putative Class

DATED: August 10, 2017　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By　*/s/ Tracy Wei Constantino* (as authorized on 8/9/17)
　　JOHN L. BARBER
　　TRACY WEI COSTANTINO
　　KAREN LUH
　　Attorneys for Defendant
　　Paramount Equity Mortgage, LLC

**ORDER**

In accordance with the Parties' stipulation, and good cause appearing, Plaintiff is hereby accorded leave to file her Second Amended Class Action Complaint, a copy of which is attached to the stipulation. Defendants shall have twenty-one (21) days after service of the filed Second Amended Class Action Complaint within which to answer or otherwise plead in response thereto.

IT IS SO ORDERED.

Dated: August 14, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE