UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DENISE TITUS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT EQUITY MORTGAGE, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00349-MCE-KJN<br><br>**ORDER**<br><br>The Hon. Hon. Morrison C. England, Jr.<br><br>Trial Date: None Set |

In accordance with the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

(1) The statute of limitations under the Fair Labor Standards Act ("FLSA") as to the claims of all current and former hourly, non-exempt employees of Defendant who received commissions, non-discretionary bonuses and/or other items of compensation and worked overtime (as defined in Plaintiff's Second Amended Complaint) employed on or after February 16, 2015, from May 19, 2017 is tolled through one month after the completion of the Parties' mediation, which the parties anticipate completing before September, 2018.

ORDER

(2) Should mediation prove unsuccessful in resolving this matter, the parties are directed to file a Joint Status Report not later than thirty (30) days following completion of the mediation. The Report should proposed deadlines for adjudicating this matter, and following its receipt a Scheduling Conference will be scheduled if necessary.

IT IS SO ORDERED.

Dated: May 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE