# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE TITUS, an individual, | CASE NO. 2:17-cv-00349-MCE-KJN |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | The Hon. Hon. Morrison C. England, Jr. |
| PARAMOUNT EQUITY MORTGAGE, LLC; and DOES 1-100, inclusive, | Trial Date: None Set |
| Defendants. | |

Having read the parties' Stipulation and good cause appearing therefor, this action is hereby ordered dismissed, without prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE